FILED
17 OCT 18 PM 5:02

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

—LC                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2017 Grand Jury

| UNITED STATES OF AMERICA, | Case No. '17CR3399DMS |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 46, U.S.C., Secs. 70503 and 70506(b) – Conspiracy to Distribute Cocaine on Board a Vessel; Title 46, U.S.C., Sec. 70503 – Possession of Cocaine with Intent to Distribute on Board a Vessel; Title 18, U.S.C., Sec. 2 – Aiding and Abetting |
| NEDER QUINONES-VIVAS (1), OSCAR OSWALDO VILLAMAR-MORAN (2), NOLBERTO OROBIO-BERMUDEZ (3), YEISON RENTERIA-VALENCIA (4), | |
| Defendants. | |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing to on or about October 3, 2017, on board a vessel subject to the jurisdiction of the United States, defendants NEDER QUINONES-VIVAS, OSCAR OSWALDO VILLAMAR-MORAN, NOLBERTO OROBIO-BERMUDEZ, and YEISON RENTERIA-VALENCIA, who will first enter the United States in the Southern District of California, did knowingly and intentionally conspire with each other and with other persons unknown to the grand jury to distribute 5 kilograms and more of a mixture and substance containing a detectable amount of

ADF:nlv:San Diego
10/17/17

cocaine, to wit: approximately 1,500 kilograms (3,300 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 46, United States Code, Sections 70503 and 70506(b).

### Count 2

On or about October 2, 2017 and October 3, 2017, on board a vessel subject to the jurisdiction of the United States, defendants NEDER QUINONES-VIVAS, OSCAR OSWALDO VILLAMAR-MORAN, NOLBERTO OROBIO-BERMUDEZ, and YEISON RENTERIA-VALENCIA, who will first enter the United States in the Southern District of California, did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, to wit: approximately 1,500 kilograms (3,300 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 46, United States Code, Section 70503, and Title 18, United States Code, Section 2.

DATED: October 18, 2017.

A TRUE BILL:

_____
Foreperson

ALANA W. ROBINSON
Acting United States Attorney

By: _____
ARI D. FITZWATER
Special Assistant U.S. Attorney